United States District Court
Eastern District of California

DAVID BRADFORD, on behalf of himself and

Plaintiff(s)

V.

AMERICAN WATER RESOURCES, LLC

Defendant(s)

Case Number: 2:26-cv-02470-DJC-JDP

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Edwin E. Elliott hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff, David Bradford

On 11/23/2020 (date), I was admitted to practice and presently in good standing in the Florida (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/24/2026 Signature of Applicant: /s/ Edwin E. Elliott

**Pro Hac Vice Attorney**

Applicant's Name: Edwin E. Elliott

Law Firm Name: Shamis & Gentile, P.A.

Address: 14 NE 1st Ave., Suite 705

City: Miami State: FL Zip: 33132

Phone Number w/Area Code: (305) 479-2299

City and State of Residence: Miami, FL

Primary E-mail Address: edwine@shamisgentile.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Scott Edelsberg

Law Firm Name: Edelsberg Law, P.A.

Address: 1925 Century Park E, Suite 1700

City: Los Angeles State: CA Zip: 90067

Phone Number w/Area Code: (305) 975-3320 Bar # 330990

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 24, 2026

Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE