**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID BRADFORD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN WATER RESOURCES, LLC,<br><br>Defendant. | Case No. 2:26-cv-02470-DJC-JDP<br><br>**ORDER GRANTING THE JOINT STIPULATION OF PARTIES TO EXTEND DEADLINES FOR OPPOSITION AND REPLY BRIEFING ON DEFENDANT'S MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT** |

The Court, having considered the Joint Stipulation of Parties to Extend Deadlines for Opposition and Reply Briefing on Defendant's Motion to Dismiss the Amended Class Action Complaint and finding good cause, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. That Plaintiff shall file his Opposition to Defendant's Motion to Dismiss on or before October 13, 2026;

2. That Defendant's Reply in Support of its Motion to Dismiss is due on or before October 30, 2026; and

////

////

////

3. That the hearing on the Motion to Dismiss remain scheduled for January 7, 2027, at 1:30 PM, or as soon as otherwise is convenient for the Court.

**IT IS SO ORDERED.**

Dated: September 22, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE