**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

DAVID BRADFORD, on behalf of himself and all others similarly situated,

Plaintiff,

v.

AMERICAN WATER RESOURCES, LLC,

Defendant.

Case No. 2:26-cv-02470-DJC-JDP

**ORDER STAYING DEADLINES FOR SIXTY (60) DAYS**

Hon. Daniel J. Calabretta

The Court, having considered the Joint Stipulation of Parties to Stay Deadlines and finding good cause, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. All deadlines are stayed until December 8, 2026, at which time the Parties shall file a Joint Status Report to apprise the Court on the status of settlement negotiations.

**IT IS SO ORDERED**.

Dated: October 16, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE